UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| TIMOTHY PIETY and ESTHER PIETY, | Case No. 6:11-cv-06303-AA |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CITY OF SWEET HOME, a municipal corporation, | |
| Defendant. | |

Based on the jury's decision on June 6, 2014 finding in favor of defendant on all counts, Judgment is entered in favor of defendant and this case is dismissed with prejudice.

DATED this 10th day of September, 2014.

*/s/ Ann Aiken*
ANN AIKEN
United States District Judge

Page 1 - JUDGMENT